SEALED

# U.S. District Court
# Southern District of Georgia (Savannah)
# CRIMINAL DOCKET FOR CASE #: 4:16-mj-00043-GRS-1 *SEALED*
# Internal Use Only

Case title: USA v. Walker                   Date Filed: 06/17/2016

Assigned to: Magistrate Judge G. R. Smith

**Defendant (1)**

| | |
|---|---|
| **Omar Jermaine Walker** | represented by **Harry D. Dixon , Jr.**<br>Donnie Dixon, Attorney at Law, LLC<br>24 Drayton Street<br>Suite 1000<br>Savannah, GA 31401<br>912-443-4070<br>Fax: 912-644-6702<br>Email: ddixon@donniedixonlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                              represented by **Brian T. Rafferty**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-201-2575
Fax: 912-652-4388
Email: brian.rafferty@usdoj.gov
*TERMINATED: 06/17/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Theodore S. Hertzberg**
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
912-652-4422
Fax: 912-652-4388
Email: theodore.hertzberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2016 | 1 | Rule 40 Arrest by USA as to Omar Jermaine Walker(Eastern District of New York Case Number CR16-326). (jrb) (Entered: 06/17/2016) |
| 06/17/2016 | | Attorney update in case as to Omar Jermaine Walker. Attorney Theodore S. Hertzberg for USA added. Attorney Brian T. Rafferty terminated. (sff) (Entered: 06/17/2016) |
| 06/17/2016 | | Case sealed as to Omar Jermaine Walker (jrb) (Entered: 06/17/2016) |
| 06/20/2016 | 2 | NOTICE OF HEARING as to Omar Jermaine Walker. Initial Appearance - Rule 40 set for 6/21/2016 10:30 AM in Savannah - Mag Jud Courtroom before Magistrate Judge G. R. Smith. (sff) (Entered: 06/20/2016) |
| 06/21/2016 | | Attorney update in case as to Omar Jermaine Walker. Attorney Harry D. Dixon, Jr. for Omar Jermaine Walker added. (sff) (Entered: 06/21/2016) |
| 06/21/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge G. R. Smith:Detention Hearing as to Omar Jermaine Walker held on 6/21/2016, Initial Appearance in Rule 5(c)(3) Proceedings as to Omar Jermaine Walker held on 6/21/2016; DFT ADMITS HIS IDENTITY; GOV'T MOVES FOR PRETRIAL DETENTION; COURT WILL APPOINT COUNSEL AND RE-CONVENE LATER TODAY FOR DETENTION HEARING; GOV'T MOTION FOR PRETRIAL DETENTION IS |

| | | |
|---|---|---|
| | | DENIED; BOND SET AT $10,000 TO BE SECURED BY A 10% CASH DEPOSIT. (Court Reporter FTR.) (sff) (Entered: 06/21/2016) |
| 06/21/2016 | | ORAL MOTION to Appoint Counsel by Omar Jermaine Walker. (sff) (Entered: 06/21/2016) |
| 06/21/2016 | | ORAL ORDER granting ORAL Motion to Appoint Counsel as to Omar Jermaine Walker (1) (sff) (Entered: 06/21/2016) |
| 06/21/2016 | | ORAL MOTION for PRETRIAL Detention by Theodore S. Hertzberg as to Omar Jermaine Walker. (sff) (Entered: 06/21/2016) |
| 06/21/2016 | | ORAL ORDER denying ORAL MOTION FOR PRETRIAL DETENTION as to Omar Jermaine Walker (1); BOND SET AT $10,000 TO BE SECURED BY 10% CASH DEPOSIT. (sff) (Entered: 06/21/2016) |
| 06/21/2016 | 4 | CLERK'S CERTIFICATE/ORDER as to Omar Jermaine Walker. (loh) (Entered: 06/22/2016) |
| 06/21/2016 | 5 | CJA 23 Financial Affidavit by Omar Jermaine Walker. (loh) (Entered: 06/22/2016) |
| 06/21/2016 | 6 | WAIVER of Rule 40 Hearing by Omar Jermaine Walker. (jrb) (Entered: 06/22/2016) |
| 06/21/2016 | 7 | ADDRESS AFFIDAVIT by Omar Jermaine Walker. (jrb) (Entered: 06/22/2016) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. 4:16MJ43     MINUTES     JUDGE CODE: 3JBC

UNITED STATES of AMERICA     TEDDY HERTZBERG

Plaintiff     Counsel for Plaintiff

vs.
OMAR JERMAINE WALKER

_Donnie Dixon (cja)_
Defendant     Counsel for Defendant

ALSO PRESENT:   SHERRI F. FLANDERS   Courtroom Deputy Clerk
                FTR                   Court Reporter
10:32-10:44     Gerry /Robert         U. S. Marshal
2:10 - 2:25     BRIAN MILLS           U. S. Probation

                                       SAVANNAH, GA
JUNE 21, 2016
DATE                                   PLACE

CASE CALLED THIS DATE FOR   REMOVAL HEARING ✔ Detention Hearing
CHARGES SET OUT BY THE COURT.

RIGHTS ADVISED.

△ does not wish to have appointed counsel.

△ admits his identity.

Gov't. moves for pretrial detention.

Court will appoint counsel for the △ + re-convene later today.

Attorney Donnie Dixon is appointed for △.
Detention Hearing:
Proffer by the Gov't.

Proffer by defense.
Gov'ts. motion for pretrial detention is DENIED.
Bond set at $10,000.00 secured by 10%.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| United States of America ) | |
| Plaintiff ) | |
| vs. ) | CASE NUMBER: MJ416-43 |
| Omar Jermaine Walker ) | |
| Defendant ) | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Antuanisha Walker_____ has deposited with the Court the sum of $ __1,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __21st__ day of _____June_____, __2016__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV026505
Cashier ID: lherb
Transaction Date: 06/21/2016
Payer Name: Antuanisha Walker

TREASURY REGISTRY
 For: Omar Jermaine Walker
 Case/Party: D-GAS-4-16-MJ-000043-001
 Amount:       $1,000.00

MONEY ORDER
 Check/Money Order Num: 6956270854
 Amt Tendered:    $500.00
MONEY ORDER
 Check/Money Order Num: 6956270855
 Amt Tendered:    $500.00

Total Due:       $1,000.00
Total Tendered:  $1,000.00
Change Amt:      $0.00
```

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: U.S. v. Omar Jermaine Walker
FOR: SAVANNAH DIV.
2016 JUN 21 PM 3:26
AT: SO. DIST. OF GA.

LOCATION NUMBER: [blank]

PERSON REPRESENTED (Show your full name): Omar Jermaine Walker

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate: [blank]
District Court: 4:16MJ43
Court of Appeals: [blank]

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Georgia Power
- IF YES, how much do you earn per month? $ 3,600
- IF NO, give month and year of last employment. How much did you earn per month? $ [blank]
- If married is your Spouse employed? ☒ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 0
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ [blank]

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 1,200 SOURCES: G.I. Bill

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 5,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $ 16,000 DESCRIPTION: 2009 Pontiac G8 GT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED (SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED)
Total No. of Dependents: 2
List persons you actually support and your relationship to them: wife and minor child

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Car loan | $ 11,000 | $ 390 |
| | Student loan | $ 30,000 | $ 258 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 06/21/16

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 21 PM 3: 26
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA
v.
OMAR JERMAINE WALKER

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 4:16MJ43

I, __OMAR JERMAINE WALKER__, understand that in the __EASTERN__ District of __NEW YORK__, charges are pending alleging violation of __18:371, 18:922(a)(6), 18:924(a)(2)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing
( ) preliminary examination
( ✓ ) identity hearing and have been informed I have no right to a preliminary examination
( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

6-21-16
_Date_

_Defendant_

_Defense Counsel_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

*U.S. DISTRICT COURT*
*SAVANNAH DIV.*
*2016 JUN 21 PM 3: 26*
*CLERK ___*
*SO. DIST. OF GA.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR 4:16MJ43 |
| OMAR JERMAINE WALKER | : | |

## AFFIDAVIT

NOW COMES the above-stated defendant, and gives this affidavit stating that the address set forth in the above referenced case will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that she/he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the address stated on the appearance bond, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that she/he moves without notifying the Clerk's office by an acceptable writing of a new address.

This __21__ day of __JUNE__, 2016

OMAR WALKER
Defendant

1134 Kelly dR Lot 37A
Address

Hinesville, GA 31313
City, State, Zip Code

404-904-6509
Home Phone Number

Sworn to and subscribed before me this __21st__ day of __JUNE__, 2016

J. Flanders
Sherri F. Flanders, Courtroom Deputy
G. R. Smith, Magistrate Judge